**BEFORE THE**
**UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| In re: **ALL-CLAD METALCRAFTERS,**<br>**LLC SALES AND MARKETING**<br>**PRACTICES LITIGATION** | MDL-__ |

## MOTION FOR TRANSFER OF ACTIONS PURSUANT TO 28 U.S.C. § 1407 FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS

All-Clad Metalcrafters, LLC and Groupe SEB USA, Inc. (collectively "Defendants") respectfully request, pursuant to 28 U.S.C. § 1407(a) and Rule 6.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, that this Panel issue an order for transfer and consolidation for the four civil actions listed in the Schedule of Actions ("the Actions") filed concurrently herewith.

For the reasons set forth in the accompanying Brief in Support, Defendants respectfully submit that it is appropriate and necessary pursuant to Section 1407 for the Panel to issue an order transferring and consolidating the Actions listed in the accompanying Schedule of Actions, as well as all subsequently filed related actions, to the Western District of Pennsylvania for coordinated or consolidated pretrial proceedings.

Dated: January 22, 2021

Respectfully submitted,

/s/ Christopher J. Dalton
Christopher J. Dalton
Jacqueline M. Weyand
Melissa J. Bayly
BUCHANAN INGERSOLL & ROONEY PC
550 Broad Street, Suite 810
Newark, New Jersey 07102-4582
(973) 424-5614
christopher.dalton@bipc.com

jacqueline.weyand@bipc.com
melissa.bayly@bipc.com

Pamela M. Ferguson
Amy L. Pierce
LEWIS BRISBOIS BISGAARD & SMITH LLP
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
415.362.2580
Pamela.Ferguson@lewisbrisbois.com
Amy.Pierce@ lewisbrisbois.com

*Counsel for All-Clad Metalcrafters, LLC and Groupe SEB USA, Inc.*